E-FILED 04.26.12. JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED FINANCIAL CASUALTY COMPANY,<br><br>Plaintiff,<br><br>vs.<br><br>NADA MILIVOJEVIC, individually and as next-of-kin and Special Administrator of the Estate of Aleksander Nikolic, deceased, BAL CARREIR, INC., KANG CARRIERS & INVESTMENT, INC.,<br><br>Defendants. | CASE NO. CV 11-04214 MMM (SPx)<br><br>JUDGMENT FOR PLAINTIFF |

On April 26, 2012, the court entered an order granting summary judgment in favor of plaintiff United Financial Casualty Company. Accordingly,

IT IS ORDERED AND ADJUDGED

1. That United Financial Casualty Company had no duty to defend defendants Bal Carreir, Inc. and Kang Carriers & Investment, Inc. in the lawsuit bearing San Bernardino Superior Court Case No. CIVDS 1015474;

2. That United Financial Casualty Company had no duty to indemnify defendants Bal Carreir, Inc. And Kang Carriers & Investment, Inc. in the lawsuit bearing San Bernardino Superior Court Case No. CIVDS 1015474;

3. That United Financial Casualty Company is entitled to judgment in its favor as on the counterclaims filed by defendant and counterclaimant Nada Milivojevic; and

1  4. That United Financial Casualty Company recover its costs of suit herein.

DATED: April 26, 2012

_____
MARGARET M. MORROW
UNITED STATES DISTRICT JUDGE